UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE PETITION OF CHANG MYUNG SHIPPING
CO., LTD.,U.S. SPECIALTY INSURANCE COMPANY

-----------------------------------------------------------------X

**ORDER GRANTING PETITION FOR DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

20-mc-00238 (JGK) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This matter comes before the Court pursuant to a Petition for Discovery pursuant to 28 U.S.C. § 1782 (the "Petition") by Chang Myung Shipping Co., Ltd. ("Petitioner"). Having reviewed the Petition and Petitioner's supporting memorandum and declarations, the Court is satisfied that the production of documentation is warranted pursuant to Section 1782, and the Court hereby ORDERS as follows:

1. The Petition is GRANTED.

2. Respondents, HSBC Bank USA, N.A., JP Morgan Chase Bank, N.A., Deutsche Bank Trust Company Americas, Citibank, N.A., Bank of New York Mellon, Wells Fargo Bank N.A., BNP Paribas, Standard Chartered Bank, Royal Bank of Scotland, China Merchants Bank, Agricultural Bank of China, China Construction Bank, Bank of Communications, Industrial and Commercial Bank of China, and Bank of China (collectively, the "New York Banks"), shall within twenty-one (21) days of the service of this Order produce the following information, documents or materials to Petitioner:

   a. Copies of any orders, instructions, or wire transfers received from a payor/transferor bank to a payee/transferee bank for the benefit or credit of:

      i. MAYFAIR HONG KONG LTD.;

    ii. HEBEI OCEAN SHIPPING CO. LTD. a/k/a HOSCO;

    iii. NCS WISDOM SHIPPING COMPANY LIMITED;

    iv. HEBEI NO.1 SHIPPING CO., LIMITED;

    v. HEBEI MERCY SHIPPING CO., LIMITED;

    vi. NCS PIONEER SHIPPING COMPANY LIMITED;

    vii. HEBEI PRESIDENT SHIPPING COMPANY LIMITED;

    viii. HEBEI CENTURY SHIPPING COMPANY LIMITED;

    ix. HEBEI FRIENDSHIP SHIPPING CO., LIMITED;

    x. HEBEI PRINCE SHIPPING COMPANY LIMITED;

    xi. HEBEI PRINCESS SHIPPING COMPANY LIMITED;

    xii. HEBEI TREASURE SHIPPING CO., LIMITED;

    xiii. HEBEI ARROW SHIPPING COMPANY LIMITED; and

    xiv. HEBEI HOPE SHIPPING CO., LIMITED;

in which you have acted as an intermediary bank, together with any electronic and/or paper records thereof for the period beginning June 23, 2010, to the present.

b. For the period beginning June 23, 2010, to the present, identify any bank accounts in the name of and/or held by or beneficially for:

    i. MAYFAIR HONG KONG LTD.,

    ii. HEBEI OCEAN SHIPPING CO. LTD. a/k/a HOSCO,

    iii. NCS WISDOM SHIPPING COMPANY LIMITED,

    iv. HEBEI NO.1 SHIPPING CO., LIMITED,

    v. HEBEI MERCY SHIPPING CO., LIMITED,

    vi. NCS PIONEER SHIPPING COMPANY LIMITED,

      vii. HEBEI PRESIDENT SHIPPING COMPANY LIMITED,

      viii. HEBEI CENTURY SHIPPING COMPANY LIMITED,

      ix. HEBEI FRIENDSHIP SHIPPING CO., LIMITED,

      x. HEBEI PRINCE SHIPPING COMPANY LIMITED,

      xi. HEBEI PRINCESS SHIPPING COMPANY LIMITED,

      xii. HEBEI TREASURE SHIPPING CO., LIMITED,

      xiii. HEBEI ARROW SHIPPING COMPANY LIMITED,

      xiv. HEBEI HOPE SHIPPING CO., LIMITED

and provide the full records thereof, specifically including copies of the following documents:

    i. Records of incoming payments and records of outgoing payments showing the names of transferees and/or payees and your instructions from the holder(s) of the bank account to effect the said transfers;

    ii. Incoming and outgoing wire transfer records;

    iii. Copies of present and historical account balance information;

    iv. Signature cards.

  c. For all documents provided in response to sections (1) and (2) above, please affix your official bank stamp in each document.

3. The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance that may be requested by the Petitioner.

4. This Order is without prejudice to any objections Respondents may have to the § 1782 demand for discovery.  A copy of this Order must be served with the discovery demand.

**SO ORDERED.**

Dated: July 2, 2020
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge